A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Shabtai Scott Shatsky, et al.

        Plaintiff(s) )

        vs.

Syrian Arab Republic, et al.

        Defendant(s) )

**APPEARANCE**

CASE NUMBER

To the Clerk of this court and all parties of record:

Please enter the appearance of  **David J. Strachman**  as counsel in this
                        (Attorney's Name)

case for: **Plaintiffs**
        (Name of party or parties)

4/20/06
Date

*(signature)*
Signature

D00210
BAR IDENTIFICATION

David J. Strachman
Print Name

321 South Main St., Ste. 400
Address

Providence RI 02903
City     State     Zip Code

(401) 351-7700
Phone Number