UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHABTIR SCOTT SHATSKY, et al :
                                              :
            Plaintiffs        :
                                              :          06 cv 724 (RJL)
        v.                     :
                                              :
SYRIAN ARAB REPUBLIC, et al.  :
                                              :
            Defendants.        :
_____:

[PROPOSED] ORDER

Defendants have filed an application for their time to respond to the complaint to be
extended to November 30, 2006. The Court having fully considered the application, it is hereby

ORDERED that defendants application is granted; defendants response to the complaint
shall be filed on or before Thursday, November 30, 2006.

Dated:                        2006

_____