UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHABTIR SCOTT SHATSKY, et al    :
                                :
            Plaintiffs          :
                                :    06 cv 724(RJL)
    v.                          :
                                :
THE SYRIAN ARAB REPUBLIC, et al.:
                                :
            Defendants.         :
_____  :

**DEFENDANTS APPLICATION FOR ADDITIONAL
TIME TO RESPOND TO THE COMPLAINT**

The Syrian Arab Republic and other Syrian defendants, by their attorneys, request that their time to respond to the complaint filed in this action on April 21, 2006, be extended to and including Thursday, December 7, 2006, and in support of this application state:

1. This is an action under the Foreign Sovereign Immunities Act of 1976, as amended, demanding judgment against defendants of over $1,000,000,000.00 (one billion dollars) based on two attacks alleged to have been committed by Palestinians against settlers in the occupied territory of the West Bank – a "terrorist bombing" on February 16, 2002 and a "terrorist shooting" over a decade earlier, on March 26, 1991. The terrorist bombing is the subject of a prior complaint in this Court, 02cv2280(RJL), which plaintiffs purported to dismiss voluntarily without prejudice against the present Syrian defendants on or about May 2, 2005.

2. On October 30, 2006 defendants requested additional time, to November 30, 2006 for completion of their response to the complaint.

3. This application seeks an additional week, to December 7, 2006. This time is needed to locate additional documents bearing on the sufficiency of service under FSIA 1608(a)(4), to complete research and analysis on one of defendants major contentions -- that under all of the circumstances of this case, this action violates Syria's right to equal sovereignty and to consider the bearing on this case of a lengthy Statement of Interest recently filed by the U.S. on November 17, 2006 in Matar. v Dichter, 05 Civ 10279(WHP)(S.D.N.Y.), which among other things argues that officials of a sovereign state are entitled to a common law immunity against claims based on their official acts that is independent of the Foreign Sovereign Immunities Act.  There are also several recent decisions in this Circuit which need to be taken into account, see e.g. Simpson v. Socialist People's Libyan Arab Jamahiriya, 2006 US App Lexis 28837 (D.C. Cir. November 21, 2006).

3. This Court has scheduled a joint status conference in this case and the earlier case of Shatsky v. Syria 02 Cv 2280(RJL) for Monday, January 8, 2007.

4. With respect to the duty to confer under L.Cv.R. 7(m), we have asked plaintiffs counsel for his position by email and we have not yet received a response.  On Syria's previous application for additional time, plaintiffs counsel was unwilling to consent but did not file an opposition to the motion.  We anticipate that plaintiffs counsel is unwilling to consent to the additional one week now being requested.

5. In view of the importance of this case, the billion dollar recovery sought by plaintiffs, the significance of the substantive issues presented and the absence of prejudice, the time being requested on this motion is reasonably necessary.

6. A proposed order is submitted with this application.

Dated: November 29, 2006                    Respectfully submitted,

        /s/
Ramsey Clark D.C. Bar No. 73833
        /s/
Lawrence W. Schilling
37 West 12th Street
New York, NY 10011
212-989-6613
212-979-1583-fax

Abdeen Jabara
113 University Place   8th floor
New York, NY 10003
212-598-0646

Attorneys for Defendants