UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SHABTIR SCOTT SHATSKY, et al | : | |
| | : | |
| Plaintiffs | : | |
| | : | 06 cv 724 (RJL) |
| v. | : | |
| | : | |
| SYRIAN ARAB REPUBLIC, et al. | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

[PROPOSED] ORDER

Defendants have filed an application for their time to respond to the complaint to be extended to December 7, 2006. The Court having fully considered the application, it is hereby

ORDERED that defendants application is granted; defendants response to the complaint shall be filed on or before Thursday, December 7, 2006.

Dated:                              2006

_____