UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHABTIR SCOTT SHATSKY, :
Aron S. Trattner, Shelley Trattner, :
Steven Braun, Chana Friedman, :
Miriam Friedman, minor, by her :
guardian Bella Friedman, Bella :
Friedman, individually and as :
natural guardian of plaintiff Miriam :
Friedman, Ilan Friedman, Yehiel :
Friedman, Zvi Friedman, Miriam :
Mendelson Miller, individually and :
as legal and personal representative :
of the Estate of Yair Mendelson and :
Elizabeth Har Zahav :
:
         Plaintiffs :
: 06 cv 724(RJL)
  v. :
:
SYRIAN ARAB REPUBLIC, :
Syrian Ministry of Defense, :
Syrian Military Intelligence, :
Syria Air Force Intelligence :
Directorate, , Mustafa Tlass, :
Hassan Khalil, Assef Shawkat, :
Ali Douba and Ibrahim Hueiji :
:
         Defendants. :
_____:

**DEFENDANTS MOTION UNDER FED.R.CIV.P. 12(b)(2)
AND (5) FOR DISMISSAL OF THIS ACTION FOR LACK
OF JURISDICTION OVER THE PERSON AND INSUFFICIENCY
OF SERVICE OF PROCESS UNDER FSIA §1608(a)(4)**

Defendants the Syrian Arab Republic and its co-defendants, three of its sub-divisions, The

1

Syrian Ministry of Defense, Syrian Military Intelligence, The Syria Air Force Intelligence Directorate and five senior Syrian officials, Mustafa Tlass, Hassan Khalil, Assef Shawkat, Ali Douba and Ibrahim Hueiji, respectfully move, by their attorneys, for the dismissal of this action on the ground that service purported made on Syria and its three subdivisions under §1608(a)(4) of the Foreign Sovereign Immunities Act was fundamentally defective, and because no claim has been made of service on the five defendant Syrian officials, for dismissal against all defendants for lack of personal jurisdiction.

A declaration and supporting memorandum of points and authorities is filed with this motion.

Dated: December 7, 2006

Respectfully submitted,
/s/
Ramsey Clark
D.C. Bar No. 73833

/s/
Lawrence W. Schilling

37 West 12th Street, 2B
New York, NY 10011
212-989-6613
212-979-1583 fax
lwschilling@earthlink.net

Abdeen Jabara
113 University Place
8th Floor
New York, NY 10003
212-598-0646
Attorneys for the Syrian Defendants