UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

SHABTAI SCOTT SHATSKY, et al.

      Plaintiffs,

                                            06-724 (RJL)

    v.

THE SYRIAN ARAB REPUBLIC, et al.

      Defendants

**PLAINTIFFS' MOTION FOR FURTHER TIME TO PERFECT SERVICE OF PROCESS**

Plaintiffs hereby move for a further period of 90 days within which to re-serve defendants Syrian Arab Republic, Syrian Ministry of Defense, Syrian Military Intelligence and Syrian Air Force Intelligence Directorate, and to effectuate service on the individual defendants.

Plaintiffs' motion is supported by the attached memorandum. A proposed order is attached hereto.

December 20, 2006                        Plaintiffs, by their Attorneys,

                                                  /S/David J. Strachman
                                             David J. Strachman
                                             District Court of D.C. Bar No. D00210
                                             McIntyre, Tate, & Lynch LLP
                                             321 South Main Street, Suite 400
                                             Providence, RI 02903
                                             (401) 351-7700
                                             (401) 331-6095 (fax)
                                             djs@mtlhlaw.com

CERTIFICATION

I certify that on December 20, 2006 I served via ecf and email the within to

Ramsey Clark
Lawrence W. Schilling
37 West 12th Street
Suite 2B
New York, NY 10011
(212) 989-6613
Fax: (212)979-1583
lwschilling@earthlink.net

/s/ David Strachman
_____

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

SHABTAI SCOTT SHATSKY, et al.

      Plaintiffs,

                                                            06-724 (RJL)

  v.

THE SYRIAN ARAB REPUBLIC, et al.

      Defendants.

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF THEIR MOTION FOR FURTHER TIME TO PERFECT SERVICE OF PROCESS AND IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS**

This is an action for wrongful death, personal injury and related torts pursuant to the Foreign Sovereign Immunities Act ("FSIA") 28 U.S.C. §1602 *et. seq.*, brought by American citizens, and by the family members and the administrators of the estates of American citizens,

2

who were killed and injured by a terrorist bombing carried out by defendants and their agents at a pizzeria on February 16, 2002.

This action was filed on April 21, 2006. Thereafter, plaintiffs translated the complaint, summons, notice of suit and accompanying documents into Arabic (at great expense) and initiated service of process on the defendants through the U.S. Department of State as required by §1608 of the FSIA.

On August 30, 2006, defendants the Syrian Arab Republic, the Syrian Ministry of Defense, Syrian Military Intelligence, and the Syrian Air Force Intelligence Directorate were served by the State Department via diplomatic means. (Docket #6).

On December 7, 2006, after receiving two enlargements of time to the respond to the complaint, defendants moved to dismiss this action for insufficiency of service. Defendants have challenged certain alleged irregularities with respect to the diplomatic service.

Plaintiffs' counsel has spoken to a representative of the State Department about defendants' allegations and has been unable to either confirm or refute the veracity of the allegations contained in defendants' motion to dismiss.

Notably, defendants' claims of missing or mixed-up documents are not supported by an affidavit of the Syrian officials who actually received the documents. The affidavit from defendants' counsel is worthless as evidence, because counsel has no idea what documents the Syrian government actually received – he is merely repeating what he was been told by his clients in Damascus.

However, out of an abundance of caution and to avoid unnecessary litigation about a matter that can be easily remedied (if in fact it really needs to be remedied) and put to rest with no further ado, plaintiffs request an additional 90 days to re-serve the Syrian Arab Republic, the

3

Syrian Ministry of Defense, Syrian Military Intelligence, and the Syrian Air Force Intelligence Directorate.

Plaintiffs have had trouble obtaining home addresses for the individual defendants, all of whom are Syrian military and intelligence officials, and have therefore decided to serve them at their places of employment, which plaintiffs intend to do at the same time (i.e. during the same 90-day period) that they are re-serving the Syrian Arab Republic, the Syrian Ministry of Defense, Syrian Military Intelligence, and the Syrian Air Force Intelligence Directorate.

To save time, plaintiffs are initiating further service of process on all defendants simultaneous with the filing of this request.

Plaintiffs' motion for further time will not cause harm or prejudice to the defendants. Plaintiffs have not sought an enlargement or extension previously in this action.

Granting the instant motion will moot defendants' motion to dismiss.

WHEREFORE, plaintiffs respectfully request that their motion be granted, and that defendants' motion to dismiss be denied.

December 20, 2006                                   Plaintiffs, by their Attorneys,


                                                              /S/
David J. Strachman
District Court of D.C. Bar No. D00210
McIntyre, Tate, & Lynch LLP
321 South Main Street, Suite 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)
djs@mtlhlaw.com

CERTIFICATION

    I certify that on December 20, 2006 I served via ecf and email the within to

Ramsey Clark
Lawrence W. Schilling
37 West 12th Street
Suite 2B
New York, NY 10011
(212) 989-6613
Fax: (212)979-1583
lwschilling@earthlink.net

                                       /s/David J. Strachman