**MCINTYRE, TATE & LYNCH**LLP

COUNSELLORS AT LAW

RECEIVED
JAN 2 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JERRY L. MCINTYRE †
DEBORAH MILLER TATE *Δ
WILLIAM J. LYNCH
DAVID J. STRACHMAN*
ROBERT S. PARKER*

Also member
† New York Bar
* Massachusetts Bar
Δ Florida Bar

VIA FAX (202) 354-3524

January 25, 2007

Ms. Francis
United States District Court
for the District of Columbia
U.S. District Courthouse
333 Constitution Avenue, NW
Washington, DC 20001

    Re:    <u>Shabtai Scott Shatsky, et al. v. The Syrian Arab Republic, et al.</u>
             C.A. No.: 06-724(RJL)

Dear Ms. Francis:

    I am writing to confirm our conversation on January 24 at which time you told me that the service documents for Iran were "dispatched" with the post office by you on January 24. Could you kindly make the appropriate docket entry in this matter?

    Thank you for your courtesy and help in this metter.

                          Sincerely,

                           David J. Strachman

DJS/lk

# MCINTYRE, TATE & LYNCH LLP

COUNSELLORS AT LAW

JERRY L. MCINTYRE †
DEBORAH MILLER TATE *Δ
WILLIAM J. LYNCH
DAVID J. STRACHMAN*
ROBERT S. PARKER*

Also member
† New York Bar
* Massachusetts Bar
Δ Florida Bar

Via Federal Express 7901 4528 3843

December 22, 2006

Greg Hughes
United States District Court
for the District of Columbia
U.S. District Courthouse, Room 1225
333 Constitution Avenue, NW,
Washington, DC 20001
Greg Hughes

Re: Shatsky v. The Syrian Arab Repbulic etc
    Case # 06-cv-724 (RJL)

Dear Mr. Hughes,

As we discussed on December 19, 2006, I am requesting your assistance in serving the defendants (the Syrian Arab Republic, the Syrian Ministry of Defense, Syrian Military Intelligence, and Syrian Air Force Intelligence Directorate) in this matter pursuant to 28 U.S.C. 1608(a) and (b), which requires that the clerk "dispatch" the service documents.

Enclosed please find four prepaid registered mail packages which I ask that you kindly "dispatch" as soon as possible.

I have been informed by the post office that the unsealed packages must be hand-delivered to the post office where the packages can be sealed and scanned, and enclosed receipts will be stamped and returned to you.

Please call if you have any questions. Thank you for your courtesy.

Sincerely,

David Strachman

SUITE 400   321 SOUTH MAIN STREET   PROVIDENCE, RI   02903
401-351-7700   FAX 401-331-6095