UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

SHABTAI SCOTT SHATSKY, et al.

      Plaintiffs,

                                                         06-724 (RJL)

v.

THE SYRIAN ARAB REPUBLIC, et al.

      Defendants

**AFFIDAVIT OF SERVICE ON THE SYRIAN ARAB REPUBLIC**

1. I serve as counsel to the plaintiffs in this matter.

2. 28 U.S.C. 1608(a) and (b) requires that the clerk "dispatch" the service documents directly to the foreign state defendants.

3. Accordingly, in order to effectuate service on the defendants, on December 22, 2006, I requested the assistance of the clerk's office. (Docket # 11).

4. On January 24, 2006, the clerk's office dispatched the service documents via certified mail, return receipt requested. (Docket # 12).

5. On or about February 26, 2006, I received a certified mail "Return Receipt" indicating that Defendant Syrian Arab Republic was received and signed for the service package on February 14, 2007. Exhibit A.

6. Pursuant to 28 U.S.C. 1608(d) a foreign state has 60 days to respond to the complaint.

7. Since Defendant Syrian Arab Republic accepted service on February 14, 2007, the deadline for responding to the complaint is April 17, 2007.

8. Plaintiffs accordingly request that the clerk's office docket the service on Defendant Syrian Arab Republic on February 14, 2007 and the answer date of April 17, 2007.

March 30, 2007

                              Plaintiffs, by their Attorneys,

                              /S/David J. Strachman
                              David J. Strachman
                              District Court of D.C. Bar No. D00210
                              McIntyre, Tate, & Lynch LLP
                              321 South Main Street, Suite 400
                              Providence, RI 02903
                              (401) 351-7700
                              (401) 331-6095 (fax)
                              djs@mtlhlaw.com

## CERTIFICATION

      I certify that on March 30, 2007 I served counsel of record via ecf the within affidavit to

Ramsey Clark
Lawrence W. Schilling
37 West 12th Street
Suite 2B
New York, NY 10011
(212) 989-6613
Fax: (212)979-1583
lwschilling@earthlink.net

                                                      /s/ David Strachman