| Registered article / Envoi recommandé | ☐ Letter / Lettre | ☐ Printed Matter / Imprimé | ☐ Other / Autre | ☒ Express Mail International |
|---|---|---|---|---|
| ☐ Insured parcel / Colis avec valeur déclarée | Insured Value / Valeur déclarée | | Article No. RA558200432US | |

Office of mailing / Bureau de dépôt: 
Date of posting / Date de dépôt:

Addressee / Name or firm / Nom ou raison sociale du destinataire: SAR do Foreign Minister Walid Al Molem

Street / Ministry of Foreign Affairs

Place and country / Lieu et pays: Shore Mohajireen, Damascus, Syria

Postmark: DAMAS

Signature of the addressee

POSTAL SERVICE OF THE UNITED STATES OF AMERICA
*Administration des Postes des Etats-Unis d'Amérique*

FEB 26 2007

**POSTAL SERVICE**
*Service des postes*

**PAR AVION**

C5 Postmark of the office returning the receipt / Timbre du bureau renvoyant l'avis

**RETURN RECEIPT**
*Avis de réception*

To be filled out by the sender, who will indicate his address for the return of this receipt.

Name or firm: David Strachman
McIntyre, Tate & Lynch
Street and No.: 321 S. Main St.
City, State and ZIP Code: Prov., RI 02903
UNITED STATES OF AMERICA

PS Form 2865
Mar. 1985