UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

SHABTAI SCOTT SHATSKY, et al.

      Plaintiffs,

                                                06-724 (RJL)

v.

THE SYRIAN ARAB REPUBLIC, et al.

      Defendants

## PLAINTIFFS' SECOND MOTION FOR FURTHER TIME TO PERFECTSERVICE OF PROCESS

Plaintiffs hereby move for a further period of 90 days within which to re-serve defendants Syrian Ministry of Defense, Syrian Military Intelligence and Syrian Air Force Intelligence Directorate, and to effectuate service on the individual defendants.

Plaintiffs' motion is supported by the attached memorandum. A proposed order is attached hereto.

March 31, 2007                              Plaintiffs, by their Attorneys,

                                                    /S/David J. Strachman
                                      David J. Strachman
                                      District Court of D.C. Bar No. D00210
                                      McIntyre, Tate, & Lynch LLP
                                      321 South Main Street, Suite 400
                                      Providence, RI 02903
                                      (401) 351-7700
                                      (401) 331-6095 (fax)
                                      djs@mtlhlaw.com

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

SHABTAI SCOTT SHATSKY, et al.

        Plaintiffs,

        v.

THE SYRIAN ARAB REPUBLIC, et al.

        Defendants.

06-724 (RJL)

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF THEIR SECOND MOTION FOR FURTHER TIME TO PERFECT SERVICE OF PROCESS AND IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS**

    This is an action for wrongful death, personal injury and related torts pursuant to the Foreign Sovereign Immunities Act ("FSIA") 28 U.S.C. §1602 *et. seq.*, brought by American citizens, and by the family members and the administrators of the estates of American citizens, who were killed and injured by a terrorist bombing carried out by defendants and their agents at a pizzeria on February 16, 2002.

    This action was filed on April 21, 2006. Thereafter, plaintiffs translated the complaint, summons, notice of suit and accompanying documents into Arabic (at great expense) and initiated service of process on the defendants through the U.S. Department of State as required by §1608 of the FSIA.

    On August 30, 2006, defendants the Syrian Arab Republic, the Syrian Ministry of Defense, Syrian Military Intelligence, and the Syrian Air Force Intelligence Directorate were served by the State Department via diplomatic means. (Docket #6).

On December 7, 2006, after receiving two enlargements of time to the respond to the complaint, defendants moved to dismiss this action for insufficiency of service. Defendants have challenged certain alleged irregularities with respect to the diplomatic service.

Plaintiffs' counsel has spoke to a representative of the State Department about defendants' allegations and was been unable to either confirm or refute the veracity of the allegations contained in defendants' motion to dismiss.

However, out of an abundance of caution and to avoid unnecessary litigation about a matter that can be easily remedied (if in fact it really needs to be remedied) and put to rest with no further ado, plaintiffs previously moved for an additional 90 days to re-serve the Syrian Arab Republic, the Syrian Ministry of Defense, Syrian Military Intelligence, and the Syrian Air Force Intelligence Directorate. (docket # 11)

Immediately, thereafter, plaintiffs reinstituted service of process on the defendants. (docket# 10).

On January 11, 2007, this Court granted plaintiffs' motion to enlarge the time in which to serve the defendants. (minute order of January 11, 2007)

On January 24, 2007 the clerk's office dispatched plaintiffs' service packages.

On February 14, 2007 the Syrian Arab Republic was served. (docket #13).

Since the remaining defendants have not yet been served, on March 30, 2007, plaintiffs asked the clerk of court to commence diplomatic service. (docket # 14).

Consequently, plaintiffs move for an additional enlargement of time to serve the remaining defendants.

Plaintiffs' motion for further time will not cause harm or prejudice to the defendants. Plaintiffs have sought one previous enlargement in this action.

3

WHEREFORE, plaintiffs respectfully request that their motion be granted.

March 31, 2007                                      Plaintiffs, by their Attorneys,

_____/S/_____
David J. Strachman
District Court of D.C. Bar No. D00210
McIntyre, Tate, & Lynch LLP
321 South Main Street, Suite 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)
djs@mtlhlaw.com

CERTIFICATION

I certify that on March 31, 2007 I served via ecf the within motion, memorandum and proposed order to:

Ramsey Clark
Lawrence W. Schilling
37 West 12th Street
Suite 2B
New York, NY 10011
(212) 989-6613
Fax: (212)979-1583
lwschilling@earthlink.net

/s/David J. Strachman

4