UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

SHABTAI SCOTT SHATSKY, et al.

        Plaintiffs,

                                      06-724 (RJL)

  v.

THE SYRIAN ARAB REPUBLIC, et al.

        Defendants

**<u>ORDER</u>**

In consideration of Plaintiffs' Second Motion for Further Time to Perfect Service of Process, and for the reasons set forth in the Memorandum in support thereof, it is hereby ordered that Plaintiffs' motion is granted.

Plaintiffs shall have an additional 90 days from April 11, 2007 to effectuate service on the remaining defendants.

_____
Judge Richard J. Leon, USDJ