MCINTYRE, TATE
& LYNCH LLP

COUNSELLORS AT LAW

**RECEIVED**
APR 0 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JERRY L. MCINTYRE †
DEBORAH MILLER TATE *Δ
WILLIAM J. LYNCH
DAVID J. STRACHMAN*
ROBERT S. PARKER*

Also member
† New York Bar
* Massachusetts Bar
Δ Florida Bar

Via Federal Express 7996 1372 2185

March 30, 2007

Greg Hughes
United States District Court
for the District of Columbia
U.S. District Courthouse, Room 1225
333 Constitution Avenue, NW,
Washington, DC 20001
Greg Hughes

Re: Shatsky v. The Syrian Arab Republic etc
         Case # 06-cv-724 (RJL)

Dear Mr. Hughes,

As we discussed on March 29, 2007, I am requesting your assistance in serving the defendants (the Syrian Ministry of Defense, Syrian Military Intelligence, and Syrian Air Force Intelligence Directorate) in this matter pursuant to 28 U.S.C. 1608, which requires that the clerk "dispatch" the service documents to the State Department.

Enclosed please find three a prepaid federal express package containing:

1. Letter to Edward Betancourt
2. Three checks made payable to the U.S. Embassy – Damascus for $735 each
3. Service packages for each defendant, including two copies of the following:
    - Summons- and Arabic translation
    - Complaint- and Arabic translation
    - Notice of Suit- and Arabic translation and copy of the
         Foreign Sovereign Immunities Act

Once these items have been dispatched to the State Department, could you please have an appropriate docket entry made.

SUITE 400   321 SOUTH MAIN STREET   PROVIDENCE, RI   02903
401-351-7700   FAX 401-331-6095

Please call if you have any questions. Thank you for your courtesy.

Sincerely,

David Strachman

DJS/jc
Enclosure(s)