UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

SHABTAI SCOTT SHATSKY, et al.

          v.

02 - 2280 (RJL)

THE PALESTINIAN AUTHORITY, et al

SHABTAI SCOTT SHATSKY, et al.

        Plaintiffs,

          v.

06-724 (RJL)

THE SYRIAN ARAB REPUBLIC, et al.

        Defendants

### CONSENT MOTION RE SCHEDULING STATUS CONFERENCE

On June 6, 2007, The Palestinian Authority and the Palestine Liberation Organization filed a consent motion requesting that the Court reschedule the June 11 status conferences in these matters to one of several proposed dates, including June 19, 2007.

Unbeknownst to Plaintiffs counsel when consenting to specific dates, another federal court had already scheduled oral argument for a matter in which he is involved for June 19 at 2:00 p.m.

Therefore Plaintiffs request that the Court reschedule the conferences to one of the other dates agreed upon by counsel: June 25, June 28 (afternoon only) or June 29 (morning only).

These dates were previously agreed upon by counsel as represented by Mr. Hibey in the Consent Motion he filed on June 6, 2007.

A proposed order is attached hereto.

Plaintiffs by their attorneys,

/S/David J. Strachman
David J. Strachman
D.C. Bar No. D00210
McIntyre, Tate, Lynch & Holt
321 South Main Street, Suite 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)

CERTIFICATION

I hereby certify that on June 13, 2007, a true copy of the within and the attached Proposed Order were sent via ECF to counsel of record:

Ramsey Clark
Lawrence Schilling
37 West 12th Street – 2B
New York, NY 10011

Maher H. Hanania
2300 Pimmit Drive
Suite 901
Falls Church, VA 22043

Richard A. Hibey
Mark J. Rochon
Charles F.B. McAleer, Jr.
MILLER & CHEVALIER CHARTERED
655 15th Street, NW
Washington, DC 20005

/S/ David J. Strachman