# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

SHABTAI SCOTT SHATSKY, et al.

           v.

02 -  2280 (RJL)

THE PALESTINIAN AUTHORITY, et al

SHABTAI SCOTT SHATSKY, et al.

           v.

06-724 (RJL)

THE SYRIAN ARAB REPUBLIC, et al.

## CONSENT  ORDER

1. Plaintiffs' Consent Motion to reschedule the status conferences in these matters is hereby granted.

2. The status conferences in these matters shall be rescheduled to_____ , 2007 at _____ o'clock.

SO ORDERED this _____ day of June 2007.

_____
UNITED STATES DISTRICT JUDGE