

**United States Department of State**

*Washington, D.C. 20520*

Ms. Nancy Mayer-Whittington
Clerk of the Court
United States District Court
For the District of Columbia
333 Constitution Ave., NW
Washington, DC 20001

**RECEIVED**

July 5, 2007

JUL 0 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

re: Shabtai Scott Shatsky, et al. v. The Syrian Arab Republic, et al., Case Number 1:06CV00724 RJL

Dear Ms. Mayer-Whittington:

    I am writing regarding the transmittal of summonses, complaints and notices of suit to the Syrian Ministry of Defense, the Syrian Air Force Intelligence Directorate and Syrian Military Intelligence pursuant to 28 U.S.C. Section 1608(a)(4) as defendants in the above referenced case.

    The American Embassy in Damascus, Syria transmitted the summonses, complaints and notices of suit to the Ministry of Foreign Affairs of the Syrian Arab Republic on August 30, 2006 under cover of diplomatic notes Nos. 359, 360 and 361, all dated June 27, 2007. Certified copies of the Embassy's diplomatic notes, and copies of the documents transmitted to the Foreign Ministry are enclosed herewith in accordance with the procedures established for the implementation of the Foreign Sovereign Immunities Act.

    Should you have any questions regarding this matter, please do not hesitate to contact me at (202) 736-9115.

Sincerely,

William P. Fritzlen
Attorney Adviser
Office of Policy Review and Interagency Liaison

Enclosures As Stated

cc:    David J. Strachman
        McIntyre, Tate, Lynch & Holt
        321 South Main Street, Suite 400
        Providence, RI 02903