# MCINTYRE, TATE & LYNCH LLP

COUNSELLORS AT LAW

JERRY L. MCINTYRE †
DEBORAH MILLER TATE *Δ
WILLIAM J. LYNCH
DAVID J. STRACHMAN*
ROBERT S. PARKER*

Also member
† New York Bar
* Massachusetts Bar
Δ Florida Bar

VIA Federal Express

July 11, 2007

Clint Fuchs, Esq.
Chambers of Judge Leon
United States District Court
for the District of Columbia
U.S. District Courthouse
333 Constitution Avenue, NW
Washington, DC 20001

Re:   Shabtai Scott Shatsky, et al. v. The Syrian Arabic Republic, et al.
      C.A. No.: 06-724

Dear Mr. Fuchs:

Per our telephone discussion today, enclosed please the "revised" return of service letter from the State Department which revises the return of service which was docketed yesterday. Note the sentence in the middle of the 2nd paragraph referencing the error of the previous letter.

Therefore we, respectfully request that the Court delete the prior docket entry and substitute the attached instead, noting that the answer date should be 60 days following June 27, 2007.

Thank your for all of your assistance in this matter. Please call me directly if you have any questions or if I need to provide any further information.

Sincerely,

David J. Strachman

DJS/ms
Enclosure

SUITE 400   321 SOUTH MAIN STREET   PROVIDENCE, RI   02903
401-351-7700   FAX 401-331-6095



**United States Department of State**

*Washington, D.C. 20520*

July 6, 2007

Ms. Nancy Mayer-Whittington
Clerk of the Court
United States District Court
For the District of Columbia
333 Constitution Ave., NW
Washington, DC 20001

                                   re: **Shabtai Scott Shatsky, et al. v. The Syrian Arab Republic, et al., Case Number 1:06CV00724**

Dear Ms. Mayer-Whittington:

      I am writing regarding the transmittal of summonses, complaints and notices of suit to the Syrian Ministry of Defense, the Syrian Air Force Intelligence Directorate and Syrian Military Intelligence pursuant to 28 U.S.C. Section 1608(a)(4) as defendants in the above referenced case.

      The American Embassy in Damascus, Syria transmitted the summonses, complaints and notices of suit to the Ministry of Foreign Affairs of the Syrian Arab Republic on June 27, 2006 under cover of diplomatic notes Nos. 359, 360 and 361, all dated June 27, 2007. My previous letter to you erroneously indicated the date of August 30, 2006 as the date the diplomatic notes were delivered. Notwithstanding that letter the date of the notes, June 27, 2007, is the date that they were delivered. Additional copies of the Embassy's diplomatic notes are enclosed herewith.

      Should you have any questions regarding this matter, please do not hesitate to contact me at (202) 736-9115.

                                      Sincerely,

                                      William P. Fritzlen
                                      Attorney Adviser
            Office of Policy Review and Interagency Liaison

Enclosures As Stated

cc:    David J. Strachman
        McIntyre, Tate, Lynch & Holt
        321 South Main Street, Suite 400
        Providence, RI 02903