UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHABTIR SCOTT SHATSKY, et al : <br> : <br> Plaintiffs : <br> : 06 cv 724(RJL) <br> v. : <br> : <br> SYRIAN ARAB REPUBLIC, THE : <br> SYRIAN MINISTRY OF DEFENSE, MUSTAFA : **DEFENDANTS MOTION** <br> TLASS, SYRIAN MILITARY INTELLIGENCE, : **PURSUANT TO** <br> HASSAN KHALIL, ASSEF SHAWKAT, : **FED.R.CIV.P. 12(b)** <br> ALI DOUBA, THE SYRIAN AIR FORCE : <br> INTELLIGENCE DIRECTORATE and : <br> IBRAHIM HUEIJI, : <br> : <br> Defendants. : <br> _____: | |

Defendants, the Syrian Arab Republic, the Syrian Ministry of Defense, Mustafa Tlass, the Syrian Military Intelligence, Hassan Khalil, Assef Shawkat, Ali Douba, the Syrian Air Force Intelligence Directorate and Ibrahim Hueiji, move for an order dismissing this action against them pursuant to Fed.R.Civ.P. 12(b)(1), (2), (5) and (6), and for such other and further relief as the Court may deem just and proper.

Dated:   August 27, 2007

Respectfully submitted,

Ramsey Clark
Lawrence W. Schilling
37 West 12th Street, 2B
New York, NY 10011
212-989-6613
212-979-1583 fax
lwschilling@earthlink.net
Abdeen Jabara
113 University Place
8th Floor
New York, NY 10003
Attorneys for the Syrian Defendants