UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHABTAI SCOTT SHATSKY, et al.

        Plaintiffs,

        v.                          02 CV 2280 (RJL)

THE SYRIAN ARAB REPUBLIC, et al

        Defendants

**PLAINTIFFS' NOTICE PURSUANT TO FED.R.CIV.P. 41(a)(1)(i) OF VOLUNTARY DISMISSAL OF THE ACTION AGAINST CERTAIN DEFENDANTS**

On April 12, 2005, default was entered against defendants Palestine Liberation Organization (PLO) and Palestinian Authority (PA), and plaintiffs are therefore preparing and will shortly file a motion for entry of final default judgment against defendants PLO and PA.[1]

In order to avoid any delay in entry of final judgment against the PLO and PA that might result from the pendency of the action against the other defendants by operation of Fed.R.Civ.P. 54(b), plaintiffs believe that they are best advised

        (1) To voluntarily dismiss the suit against defendants other than the PLO and PA pursuant to Fed.R.Civ.P. 41(a)(1)(i); and

        (2) To then re-file the suit against the other defendants as a new and separate action in this Court.

---

[1] The motion for entry of final judgment against the PLO and PA will supplant and moot plaintiffs' pending motion for partial summary judgment against those defendants. A separate disposition of the partial summary judgment motion would be an unnecessary waste of the Court's resources, since the Court now can (and plaintiffs respectfully believe should) issue a single, final opinion in this case, as soon as plaintiffs have proven their damages.

Thus, the default of the PLO and PA (and the earlier denial of their motion to dismiss) have mooted the need for any piecemeal dispositions and cleared the way for entry of final judgment on all issues.

Plaintiffs are entitled to voluntarily dismiss the action against any defendant without prejudice and by notice, since no answer or motion for summary judgment has been served by any defendant. Fed.R.Civ.P. 41(a)(1)(i).

Therefore, plaintiffs hereby voluntarily dismiss this action against defendants The Syrian Arab Republic, The Syrian Ministry of Defense, Mustafa Tlass, Syrian Military Intelligence, Hassan Khalil, Assef Shawkat, Ali Douba, The Syrian Air Force Intelligence Directorate, Ibrahim Hueiji **only**, pursuant to Fed.R.Civ.P. 41(a)(1)(i).

The dismissal effected by this Notice shall be **without prejudice**. Fed.R.Civ.P. 41(a)(1).

This Notice does not in any manner whatsoever modify or derogate from the allegations against defendants The Syrian Arab Republic, The Syrian Ministry of Defense, Mustafa Tlass, Syrian Military Intelligence, Hassan Khalil, Assef Shawkat, Ali Douba, The Syrian Air Force Intelligence Directorate, Ibrahim Hueiji (or against any other party or person) set forth in plaintiffs' Complaint.

Plaintiffs will file a new action against the dismissed defendants shortly, and will of course file a notice pursuant to Local Rule 40.5 indicating that the new case is related to the instant case.

Dated:  May 2, 2005                                         Plaintiffs, by their Attorneys,

                                                            _____/S/_____
                                                            David J. Strachman
                                                            D.C. Bar No. D00210
                                                            McIntyre, Tate, Lynch & Holt
                                                            321 South Main Street, Suite 400
                                                            Providence, RI 02903
                                                            (401) 351-7700
                                                            (401) 331-6095 (fax)