UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

SHABTAI SCOTT SHATSKY, et al.

                                                  06-724 (RJL)

    v.

THE SYRIAN ARAB REPUBLIC, et al.

**CONSENT MOTION**

On August 27, 2007 the Defendants filed a motion to dismiss pursuant to Fed.R.Civ.P. 12(b)(6). (Docket #21).

As a result of Plaintiffs' counsels' heavy schedule, court excusals and religious observance, Plaintiffs are in need of an enlargement until October 10, 2007 to respond to the Defendants' motion to dismiss.

Counsel for the parties have communicated with respect to this request and Defendants' counsel have indicated that he does not object to the request "provided plaintiffs agree they will interpose no objection to a similar request by defendant for enlargement of its time to file papers in reply."  Naturally, the Plaintiffs would not object to such a request.

WHEREFORE, Plaintiffs respectfully request that the Court grant the Consent Motion and enlarge until October 10, 2007 their time to respond to Defendants' motion to dismiss.

A proposed order is attached hereto.

                                                  Plaintiffs, by their attorneys,

                                                  /S/ David J. Strachman
                                                  David J. Strachman
                                                  D.C. Bar No. D00210
                                                  McIntyre, Tate, & Lynch LLP
                                                  321 South Main Street, Suite 400
                                                  Providence, RI 02903
                                                  (401) 351-7700
                                                  (401) 331-6095 (fax)

## CERTIFICATION

      I hereby certify that on September 10, 2007, a true copy of the within and the attached Proposed Order were sent via ECF to counsel of record:

Ramsey Clark
Lawrence Schilling
37 West 12th Street – 2B
New York, NY 10011

                                                  /S/ David J. Strachman