UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA


SHABTAI SCOTT SHATSKY, et al.

06-724 (RJL)

v.


THE SYRIAN ARAB REPUBLIC, et al.


ORDER


Upon consideration of the Consent Order filed on September 10, 2007, it is hereby ordered that Plaintiffs' time to respond to Defendants' Motion to Dismiss (docket #21) is enlarged until October 10, 2007.


SO ORDERED this _____ day of September 2007.


_____
UNITED STATES DISTRICT JUDGE