UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHABTAI SCOTT SHATSKY, et al.

          Plaintiffs,

                                  06-CV-724(RJL)

vs.

THE SYRIAN ARAB REPUBLIC, et al

          Defendants

**<u>PLAINTIFFS' MOTION FOR A BRIEF ENLARGEMENT</u>**

Plaintiffs hereby respectfully move for an enlargement until October 24, 2007, to either oppose defendants' pending Rule 12(b) Motion to Dismiss or to file an amended complaint.

In support of their motion the plaintiffs state as follows:

1.    Plaintiffs' response to defendants' Rule 12(b) Motion to Dismiss is due on October 10, 2007.

2.    Plaintiffs seek to amend their complaint by right pursuant to Fed.R.Civ.P. 15(a), since no responsive pleading has been served.

3.    Accordingly, plaintiffs' counsel contacted defendants' counsel several days ago, and proposed a schedule for the filing of the amended complaint and for briefing on the new Rule 12(b) motion which would be filed by defendants in response to the amended complaint.

4.    To the surprise of plaintiffs' counsel, defendants' counsel refused this proposal, and has taken the position that plaintiffs are not entitled to amend their complaint by right,

because a previous action by the plaintiffs against the defendants arising from the same terrorist attack was previously voluntarily dismissed by plaintiffs pursuant to Fed.R.Civ.P. 41(a).

5. Plaintiffs believe that defendants' position is without merit, and defendants have cited no cases in support thereof. Plaintiffs' own preliminary research has found no precedent on point.

6. However, out of an abundance of prudence, plaintiffs would like to research this issue further before deciding on a course of action.

WHEREFORE, plaintiffs respectfully move to enlarge their time to respond to defendants' Rule 12(b) motion until October 24, 2007, by which time they will either oppose defendants' motion or file an amended complaint.

Plaintiffs, by their Attorneys,

/S/ David J. Strachman
David J. Strachman
D.C. Bar No. D00210
McIntyre, Tate, & Lynch LLP
321 South Main Street, Suite 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)

CERTIFICATION

I hereby certify that on October 10, 2007, a true copy of the within was sent via ECF to counsel of record:

Ramsey Clark
Lawrence Schilling
37 West 12th Street – 2B

2

New York, NY 10011

                                                    /S/ David J. Strachman