UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

SHABTAI SCOTT SHATSKY, et al.

        Plaintiffs,

                              06 cv 724 (RJL)

vs

THE SYRIAN ARAB REPUBLIC, et al.

        Defendants.

**[Proposed] Order**

Plaintiffs having filed a motion for a brief enlargement of time to October 24, 2007, to either oppose Syria's pending Rule 12(b) motion to dismiss or to file an amended complaint, and Syria having filed both a Response to the motion and a proposed order and the Court having duly considered the matter, it is hereby

ORDERED that plaintiffs motion for an enlargement of time to October 24, 2007, is granted in part for plaintiffs to either (1) oppose Syria's pending Rule 12(b) motion to dismiss based on sovereign immunity and other jurisdictional grounds, or (2) seek leave to file an amended complaint, which would be the third complaint to be filed by plaintiffs against Syria in the two successive actions plaintiffs have commenced against Syria in this Court.

Dated:

                                                            _____
                                                                 U.S.D.J.