UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

SHABTAI SCOTT SHATSKY, et al.

       Plaintiffs,

                                  06 cv 724 (RJL)

vs

THE SYRIAN ARAB REPUBLIC, et al.

       Defendants.

MOTION ON CONSENT TO SET BRIEFING SCHEDULE

    Plaintiffs having served and filed an amended complaint on October 24, 2007, the parties have agreed, subject to the Court's approval, to the briefing schedule that follows for defendants' Rule 12(b) motion to dismiss the amended complaint, and respectfully move for an order approving the schedule; a proposed order is submitted with this motion:

        Defendants Rule12(b) motion to dismiss the complaint is due November 26, 2007

        Plaintiffs' opposition to the Rule 12(b) motion is due January 2, 2008

Defendants' reply in further support of the Rule 12(b) motion is due January 18, 2008.

Dated: November 2, 2007								Respectfully submitted,

												/s/

												Ramsey Clark D.C. Bar No. 73833
												Lawrence W. Schilling
												37 West 12th Street 2B
												New York, NY 10011
												212-989-6613
												212-979-1583-fax
												lwschilling@earthlink.net

												Abdeen Jabara
												113 University Place 8th floor
												New York, NY 10003
												212-598-0646

												Attorneys for the Syrian Arab Republic