UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

SHABTAI SCOTT SHATSKY, et al.

      Plaintiffs,

                      06 cv 724 (RJL)

vs

THE SYRIAN ARAB REPUBLIC, et al.

      Defendants.

### [Proposed] Order

Defendants having moved on consent for an order approving an agreed briefing schedule for defendants' Rule 12(b) motion to dismiss the amended complaint served and filed on October 24, 2007, and the motion having been duly made and considered, it is

ORDERED that the following schedule is hereby approved:

Defendants Rule12(b) motion to dismiss the amended complaint is due November 26, 2007,

Plaintiffs' opposition to the Rule 12(b) motion is due January 2, 2008,

Defendants' reply in further support of the Rule 12(b) motion is due January 18, 2008.

Dated:   November          , 2007

_____
U. S. D. J.