UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHABTIR SCOTT SHATSKY, et al | : |
| Plaintiffs | : |
| | : 06 cv 724(RJL) |
| v. | : |
| SYRIAN ARAB REPUBLIC, THE SYRIAN MINISTRY OF DEFENSE, MUSTAFA TLASS, SYRIAN MILITARY INTELLIGENCE, HASSAN KHALIL, ASSEF SHAWKAT, ALI DOUBA, THE SYRIAN AIR FORCE INTELLIGENCE DIRECTORATE and IBRAHIM HUEIJI, | : **DEFENDANTS MOTION PURSUANT TO FED.R.CIV.P. 12(b)** |
| Defendants. | : |

Defendants, the Syrian Arab Republic, the Syrian Ministry of Defense, Mustafa Tlass, the Syrian Military Intelligence, Hassan Khalil, Assef Shawkat, Ali Douba, the Syrian Air Force Intelligence Directorate and Ibrahim Hueiji, move for an order dismissing this action against them pursuant to Fed.R.Civ.P. 12(b)(1), (2) and (6) and the individual defendants Mustafa Tlass, Hassan Khalil, Assef Shawkat, Ali Douba and Ibrahim Hueiji, also request dismissal on the further ground there has been no service upon them of the summons and complaint, and request

such other and further relief as the Court may deem just and proper.

Dated:   November 26, 2007                    Respectfully submitted,

                                                          s/
Ramsey Clark

                                                          s/
Lawrence W. Schilling
37 West 12th Street, 2B
New York, NY 10011
212-989-6613
212-979-1583 fax
lwschilling@earthlink.net

                                                          s/
Abdeen Jabara
113 University Place
8th Floor
New York, NY 10003
 212-598-0646
Attorneys for the Syrian Defendants