UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHABTIR SCOTT SHATSKY, et al | : |
| Plaintiffs | : |
| | : 06 cv 724(RJL) |
| v. | : |
| SYRIAN ARAB REPUBLIC, THE SYRIAN MINISTRY OF DEFENSE, MUSTAFA TLASS, SYRIAN MILITARY INTELLIGENCE, HASSAN KHALIL, ASSEF SHAWKAT, ALI DOUBA, THE SYRIAN AIR FORCE INTELLIGENCE DIRECTORATE and IBRAHIM HUEIJI, | : |
| Defendants. | : |

**[Proposed] Order**

The Syrian Arab Republic and other Syrian defendants have all moved pursuant to Fed.R.Civ.P. 12(b) to dismiss the First Amended Complaint, the parties have completed briefing the motion and the Court [having heard oral argument, and] having fully considered the motion papers, the parties submissions and the documents on file, it is hereby

ORDERED that the motion is granted and the complaint is dismissed against all defendants.

Dated:

_____
U. S. D. J.