# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**SHABTAI SCOTT SHATSKY, et al.**

      **Plaintiffs,**

                      **06-CV-724(RJL)**

      **v.**

**THE SYRIAN ARAB REPUBLIC, et al**

      **Defendants**

### PLAINTIFFS' MOTION TO STAY BRIEFING ON DEFENDANTS' MOTION TO DISMISS IN LIGHT OF SUPERSEDING LEGISLATION

For the reasons set forth the accompanying memorandum, plaintiffs respectfully move for an Order:

(1)  STAYING all briefing on defendants' pending motion to dismiss the first amended complaint (dkt. # 28) ("Motion to Dismiss") until February 1, 2008;

(2)  DIRECTING the plaintiffs, in the event that the National Defense Authorization Act for Fiscal Year 2008, H.R.1585 ("Defense Act") is signed into law, to notify the Court by February 1, 2008 whether plaintiffs intend to move to convert this action into an action under 28 U.S.C. § 1605A or to refile it under § 1605A, as set forth in § 1083(c) of the Defense Act;

(3)  DIRECTING the plaintiffs, in the event that the Defense Act is vetoed, to file their opposition to the Motion to Dismiss on or before February 1, 2008;

(4)  Granting any other relief which the Court finds to be just, necessary or appropriate.

A proposed order is attached to this filing.

                    Plaintiffs, by their Attorneys,

                    /S/ David J. Strachman
                    David J. Strachman
                    D.C. Bar No. D00210
                    McIntyre, Tate, & Lynch LLP
                    321 South Main Street, Suite 400
                    Providence, RI 02903
                    (401) 351-7700
                    (401) 331-6095 (fax)

## CERTIFICATION

I hereby certify that on December 28, 2007, a true copy of the within was sent via ECF to counsel of record:

Ramsey Clark
Lawrence Schilling
37 West 12th Street – 2B
New York, NY 10011

                    /S/ David J. Strachman

## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

**SHABTAI SCOTT SHATSKY, et al.**

        **Plaintiffs,**

                                                **06-CV-724(RJL)**

        **v.**

**THE SYRIAN ARAB REPUBLIC, et al**

        **Defendants**

### MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO STAY BRIEFING ON DEFENDANTS' MOTION TO DISMISS IN LIGHT OF SUPERSEDING LEGISLATION

This is an action for wrongful death, personal injuries and related causes of action brought against the Syrian Arab Republic and several of its instrumentalities and officials (collectively: "Syria") under the "terrorism exception" to the Foreign Sovereign Immunities Act ("FSIA") 28 U.S.C. §1605(a)(7).

Currently pending is Syria's motion pursuant to Fed.R.Civ.P. 12(b) to dismiss the first amended complaint. Dkt.# 28. Under the scheduling order entered on November 16, 2007, plaintiffs' response to defendants' Rule 12(b) motion is due on January 2, 2008.

In the meanwhile, however, on December 14, 2007, Congress passed the National Defense Authorization Act for Fiscal Year 2008, H.R.1585 ("Defense Act"), and on December 19 the Defense Act was presented to the President for his signature.

Section 1083 of the Defense Act repeals §1605(a)(7) of the FSIA – the provision under which the instant case was brought – and enacts in its place a new provision, §1605A, which

significantly expands the remedies which were previously available to U.S. victims of state-sponsored terrorism under §1605(a)(7). *See* Defense Act, §1083(a)-(b).

Section 1083(c) of the Defense Act also contains provisions governing the disposition of cases which, like the instant case, are currently pending under §1605(a)(7). Under these provisions, within 60 days of passage of the Defense Act, a plaintiff may either move to convert a pending §1605(a)(7) action into a §1605A action (under certain conditions), or refile the action under §1605A without running afoul of the limitations period. *See* §1083(c).

Thus, if the President signs the Defense Act, which is of course highly likely, the provision under which this action was brought will be repealed. In that case, plaintiffs will move to convert the existing suit into a §1605A action and/or will refile this case as a §1605A action as provided in §1083(c).

It is clear that if the Defense Act becomes law, Syria's pending motion to dismiss will be mooted. Syria's motion seeks to dismiss this action on the grounds: (a) that §1605(a)(7) violates the U.N. Charter; (b) that Syria's designation as a state-sponsor of terrorism under §1605(a)(7) is unlawful; (c) that the allegations of the complaint do not give rise to subject-matter jurisdiction under §1605(a)(7); and (d) that the claims of some of the plaintiffs are untimely under the limitations provision governing actions under §1605(a)(7).

Thus, since the Defense Act will, when signed by the President, repeal §1605(a)(7), it will render the assertions contained in Syria's motion utterly moot.

Accordingly, and given the likelihood that the President will sign the Defense Act, Syria's motion to dismiss should be stayed for a period of thirty days. At the conclusion of that period plaintiffs would: (a) if the Defense Act has been signed, notify the Court whether they

intend to move to convert this action into a §1605A action or to refile it under §1605A; or, if the Defense Act has been vetoed, file their opposition to defendants' pending motion to dismiss.

Defendants' counsel has informed plaintiffs' counsel that he is unable at this time to take a position in respect to the relief requested herein.

WHEREFORE plaintiffs' motion should be granted.

Plaintiffs, by their Attorneys,

/S/ David J. Strachman
David J. Strachman
D.C. Bar No. D00210
McIntyre, Tate, & Lynch LLP
321 South Main Street, Suite 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)

## CERTIFICATION

I hereby certify that on December 28, 2007, a true copy of the within was sent via ECF to counsel of record:

Ramsey Clark
Lawrence Schilling
37 West 12th Street – 2B
New York, NY 10011

/S/ David J. Strachman