# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**SHABTAI SCOTT SHATSKY, et al.**

      **Plaintiffs,**

                              **06-CV-724(RJL)**

      **v.**

**THE SYRIAN ARAB REPUBLIC, et al**

      **Defendants**

## ORDER

For the reasons set forth in the plaintiffs' Motion to Stay Briefing on Defendants' Motion to Dismiss in Light of Superseding Legislation and the memorandum submitted in support thereof, it is hereby ORDERED:

(1)   That all briefing on defendants' pending motion to dismiss the first amended complaint (dkt. # 28) ("Motion to Dismiss") is stayed until February 1, 2008;

(2)   That in the event that the National Defense Authorization Act for Fiscal Year 2008, H.R.1585 ("Defense Act") is signed into law, plaintiffs shall notify the Court by February 1, 2008 whether they intend to move to convert this action into an action under 28 U.S.C. § 1605A or to refile it under § 1605A, as set forth in § 1083(c) of the Defense Act;

(3)   That in the event that the Defense Act is vetoed, plaintiffs shall file their opposition to the Motion to Dismiss on or before February 1, 2008;

**SO ORDERED**

Date:                                                                                     _____
                                                                                              United States District Judge