UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHABTAI SCOTT SHATSKY, et al.

                Plaintiffs,

                                                  06-CV-724(RJL)

   v.

THE SYRIAN ARAB REPUBLIC, et al

                Defendants.

## ORDER

For the reasons set forth in Plaintiffs' Motion for Leave to Amend, and the memorandum submitted in support thereof, it is hereby

**ORDERED**, pursuant to Fed.R.Civ.P. 15(a)(2), that plaintiffs shall be and hereby are granted leave to file a Second Amended Complaint in this action in the form attached to their motion as Exhibit A.

**SO ORDERED**

Dated:

                                                                         _____
                                                                         United States District Judge