# EXHIBIT C

LEXSEE 73 FR 6571

FEDERAL REGISTER

Vol. 73, No. 024

Presidential Documents

PRESIDENT OF THE UNITED STATES

**Presidential Determination No. 2008-9 of January 28, 2008**

**Title 3--**

**The President**

**Waiver of Section 1083 of the National Defense Authorization Act for Fiscal Year 2008**

**Memorandum for the Secretary of State**

73 FR 6571

**DATE:** Tuesday, February 5, 2008

By the authority vested in me as President by the Constitution and the laws of the United States, including section 301 of title 3, United States Code, and section 1083(d) of the National Defense Authorization Act for Fiscal Year 2008 (the "Act"), I hereby determine that:

. All provisions of section 1083 of the Act, if applied to Iraq or any agency or instrumentality thereof, may affect Iraq or its agencies or instrumentalities, by exposing Iraq or its agencies or instrumentalities to liability in United States courts and by entangling their assets in litigation.

. The economic security and successful reconstruction of Iraq continue to be top national security priorities of the United States. Section 1083 of the Act threatens those key priorities. If permitted to apply to Iraq, section 1083 would risk the entanglement of substantial Iraqi assets in litigation in the United States--including those of the Development Fund for Iraq, the Central Bank of Iraq, and commercial entities in the United States in which Iraq has an interest. Section 1083 also would expose Iraq to new liability of at least several billion dollars by undoing judgments favorable to Iraq, by foreclosing available defenses on which Iraq is relying in pending litigation, and by creating a new Federal cause of action backed by the prospect of punitive damages to support claims that may previously have been foreclosed. If permitted to apply to Iraq, section 1083 would have a significant financial impact on Iraq and would result in the redirection of financial resources from the continued reconstruction of Iraq and the harming of Iraq's stability, contrary to the interests of the United States.

. A waiver of all provisions of section 1083 with respect to Iraq and any agency or instrumentality of Iraq is therefore in the national security interest of the United States and will promote the reconstruction of, the consolidation of democracy in, and the relations of the United States with, Iraq.

. Iraq continues to be a reliable ally of the United States and a partner in combating acts of international terrorism. The

73 FR 6571, *

November 26, 2007, Declaration of Principles for a Long-Term Relationship of Cooperation and Friendship between the Republic of Iraq and the United States of America confirmed the commitment of the United States and Iraq to build an enduring relationship in the political, diplomatic, economic, and security arenas and to work together to combat all terrorist groups, including al-Qaida.

Accordingly, I hereby waive all provisions of section 1083 of the Act with respect to Iraq and any agency or instrumentality thereof.  **[\*6572]**

You are authorized and directed to notify the Congress of this determination and waiver and the accompanying memorandum of justification, incorporated by reference herein, and to arrange for their publication in the **Federal Register** .

George W. Bush

THE WHITE HOUSE,

    Washington, January 28, 2008.

    Billing code 4710-10-P

See Illustrations on Pages 6572-6575 in Original Document.

[FR Doc. 08-515 Filed 2-4-08; 8:45 am]

Billing code 4710-10-C