UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

SHABTAI SCOTT SHATSKY, et al

            Plaintiffs,

    v.

THE SYRIAN ARAB REPUBLIC, et al.

            Defendants,

_____

Judge Richard J. Leon

06cv724(RJL)

# MOTION OF THE SYRIAN ARAB REPUBLIC
# FOR LEAVE TO FILE A SURREPLY

The Syrian Arab Republic moves for leave to file a Surreply in the form of the proposed Surreply attached to this motion in further opposition to plaintiffs motion to amend, filed in this action on April 10, 2008.

A memorandum in support of this motion is filed with the motion; the provisions of the

proposed Surreply are respectfully incorporated by reference into the supporting memorandum as reasons for granting this motion.

Dated:   May 8, 2008                              Respectfully submitted,

                                             s/

                          Ramsey Clark  DC Bar 73833

                                             s/

Lawrence W. Schilling
37 W. 12th St   2B
New York, NY 10011
212-989-6613   fax 212-979-1583
 lwschilling@earthlink.net

Abdeen Jabara
113 University Place 8th Floor
New York, NY 10003
212-598-0646

Attorneys for the Syrian Arab Republic