UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

SHABTAI SCOTT SHATSKY, et al

        Plaintiffs,

   v.

THE SYRIAN ARAB REPUBLIC, et al.

        Defendants,

_____

Judge Richard J. Leon

06cv724(RJL)

## MEMORANDUM OF THE SYRIAN ARAB REPUBLIC
## IN SUPPORT OF ITS MOTION FOR LEAVE TO FILE A SURREPLY

    This memorandum is filed in support of a motion by the Syrian Arab Republic for leave to file a Surreply in the form of the proposed Surreply attached to the motion.

    A surreply by Syria is necessary and appropriate to rebut arguments based on two cases plaintiffs belatedly cited for the first time in their Reply filed on May 1, 2008, which Syria has had no opportunity to address. *Clay v. Socialist People's Libyan Arab Jamahirya*, 06cv 707(RWR), 2008 U.S. Dist. LEXIS 15949, 2008 WL 591008 (D.C.D.. March 3, 2008), and *Harris v. Socialist People's Libyan Arab Jamahirya*, 06cv732(RWR), 2008 U.S. Dist. LEXIS 15996, 2008 WL 591009 (D.C.D. March 3, 2008).

    Since Syria filed its last pleading, its opposition to plaintiffs motion to amend, on April 21, 2008, before plaintiffs cited the two cases, Syria should be accorded the opportunity to address the cases.

    Plaintiffs motion to amend, seeks leave to file an amended second complaint to assert

claims under §1083, a newly enacted "terrorism exception to immunity," part of a massive bill, the National Defense Authorization Act For Fiscal Year 2008, P.L. 110-181, enacted on January 28. 2008 as discussed in the prior motion papers of both parties on the present motion.

Syria's proposed Surreply rebuts the applicability of these two cases by showing they are decisively different in at least two respects from the present case and in addition have no authoritative value on the issues presented by plaintiffs present motion to amend.

The proposed Surreply which is attached to Syria's present motion is respectfully incorporated by reference into this supporting memorandum

## Conclusion

Syria's motion for leave to file its Surreply should be granted; plaintiffs motion to amend should be denied.

Dated:   May 8, 2008                                    Respectfully submitted,


                                                            s/

                                                        Ramsey Clark  DC Bar 73833

                                                            s/

                                                        Lawrence W. Schilling
                                                        37 W. 12th St   2B
                                                        New York, NY 10011
                                                        212-989-6613   fax 212-979-1583
                                                          lwschilling@earthlink.net


                                                        Abdeen Jabara
                                                        113 University Place 8th Floor
                                                        New York, NY 10003
                                                        212-598-0646

                                                        Attorneys for the Syrian Arab Republic

**Certificate of Service**

I certify upon information and belief that on May 8, 2008 this Court's ecf system made the service upon plaintiffs necessary in this case by transmitting to the following attorney for plaintiffs a copy of the within motion, proposed surreply, supporting memorandum and proposed order:

David J. Strachman
McIntyre, Tate & Lynch LLP
321 South Main Street, Suite 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)
djs@mtlhlaw.com


Dated: May 8, 2008              ____s/_____
                                Lawrence W. Schilling