UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

SHABTAI SCOTT SHATSKY, et al

        Plaintiffs,

    v.

THE SYRIAN ARAB REPUBLIC, et al.

        Defendants,
_____

Judge Richard J. Leon

06cv724(RJL)

[Proposed] **Order**

Upon consideration of the papers filed on the motion by the Syrian Arab Republic for leave to file a Surreply and other papers of the parties filed on plaintiffs motion for leave to amend, and sufficient reason appearing for the filing of the Surreply, it is hereby

ORDERED that Syria's motion to file a Surreply in the form attached to its motion is granted.

The Surreply attached to the motion may be filed and docketed by the Clerk as a separate pleading.

Dated: _____, 2008

                                          _____
                                                   U. S. D. J.