UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

SHABTAI SCOTT SHATSKY, et al.

vs.                                                                 06-CV-724(RJL)

THE SYRIAN ARAB REPUBLIC, et al

**MOTION TO RESCHEDULE STATUS CONFERENCE**

On May 12, 2008 the Court scheduled this matter for status conference for September 5, 2008 at 2:30 p.m.

Plaintiff's counsel was recently notified of a contested hearing involving numerous parties in which he is involved on September 5, 2008 in Providence. Because of the difficulty of rescheduling that case for another date due to the urgency and timeliness of the issues before the court, the age of the case and the number of attorneys involved, it is impossible for counsel for the Plaintiffs herein to attend the previously scheduled status conference in Washington that afternoon.

Consequently Plaintiffs respectfully request that the status conference be scheduled to another date convenient for the Court, including:

> September 15, 18, 22, 24 morning or afternoon
> October 6, 7, 27, 28, 29 morning or afternoon

In advance of filing this motion, Plaintiffs inquired of court staff with respect to rescheduling this matter and counsel was informed that the best method of communication with the Court with respect to this request would be via motion.

Wherefore, Plaintiffs respectfully request that the September 4, 2008 status conference be

rescheduled.

        Attorney for the Plaintiffs,

        /s/ David J. Strachman
        David J. Strachman
        McIntyre, Tate & Lynch LLP
        321 South Main Street, Suite 400
        Providence, RI 02903
        (401) 351-7700
        (401) 331-6095 (fax)
        djs@mtlhlaw.com

      I hereby certify that on August 28, 2008 this motion was filed via ECF which served the following counsel of record:

Larry Schilling
Ramsey Clark
37 West 12th Street – 2B
New York, NY 10011
lwschilling@earthlink.net

        /s/ David J. Strachman